# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JORGE ALBERTO LAURA | | |
| **Case Number:** | 2:08-BK-02446-RTB | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 30, 2009 02:30 PM  7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

### *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY SELECT PORTFOLIO SERVICING, INC.

**R / M #:** 63 / 0

### *Appearances:*

DAVID ALLEGRUCCI, ATTORNEY FOR JORGE ALBERTO LAURA
LEONARD J. MCDONALD, ATTORNEY FOR SELECT PORTFOLIO

### *Proceedings:*

Mr. McDonald informed the Court that no payments have been made since the bankruptcy has been filed and there is no equity in the property. He also indicated that there is no sale pending.

Mr. Allegrucci responded, stating that this is a 100% payment plan that will be funded by the sale of real estate. He asked that the Court set an evidentiary hearing to show that there is equity in the property.

COURT: IT IS ORDERED SETTING AN EVIDENTIARY HEARING ON DECEMBER 2, 2009 AT 9:00 A.M. ALLOWING TWO HOURS. COUNSEL ARE DIRECTED TO FILE A JOINT PRETRIAL STATEMENT BY NOVEMBER 20, 2009.
THE STAY WILL REMAIN IN EFFECT.