Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 13 |
|---|---|
| JORGE ALBERTO LAURA, | Case No. 2-08-BK-02446 PHX RTB |
| Debtor. | **TRUSTEE'S RECOMMENDATION** |

The Trustee has reviewed the Second Amended Plan, filed September 29, 2009.

The Trustee notes the following problems, which must be resolved before recommending confirmation of the Second Amended Plan:

1. The Trustee requests a copy of the Debtor's state and federal income tax returns for 2009 and the turnover of any net tax refunds as a supplement to the Plan.

2. The Trustee requires that Schedules I and J be amended to update income and remove vehicle payments on Schedules J, as the vehicles are being paid through the Trustee. In addition, the Trustee requires income verification from the debtor in the form of either paystubs showing itemized deductions, or Business Operating Statements.

3. The Trustee requires that Schedule D be amended to add the creditor secured by the property on Indian School Road in Phoenix.

4. The Plan provides to pay $90,000.00 by month 60 in order to pay 100% to creditors. Such funds are to come through the sale of real property, which is speculative in nature. The Trustee requires that the debtor provide a copy of the real estate listing agreement, which indicates that the debtor is actively trying to sell the property.

5. TRI-CAP Investment Partners filed an unsecured proof of claim. The Amended Plan states that TRI-CAP shall receive no funds through the plan. Debtor's attorney must file an objection to the claim to get it disallowed.

6. Select Portfolio Servicing has filed an objection to the Amended Plan. The attorney for the Debtor(s) must notify the Trustee if the objection has been resolved or, if the objection is unresolved, file the appropriate motion to get the Court to hold a hearing on the objection. If resolution of the objection changes Plan funding requirements, the Trustee requires receipt of an amended Plan analysis with any proposed order confirming the Plan. If a motion is filed to get a hearing before the Court, the time to submit a proposed Order confirming the Plan to the Trustee is extended.

7. The Amended Plan provides for payment or pre-and post-petition arrears through September 2009. The amended proof of claim filed by Select Portfolio Servicing include arrears only through October 1, 2008. A second amended proof of claim must be filed. The Trustee has been advised that the debtor has been approved for a possible loan modification and has made two of the three required pre-approval payments to the creditor. Should the loan modification be finalized, then a third amended plan must be filed to delete the provision for payment to this creditor.

8. The Trustee is in receipt of escrow proceeds from the sale of real property in the amount of $37,122.47. The proposed Order Confirming the Amended Plan must include the provision that the funds will be applied first to unsecured priority claims, the unsecured nonpriority claims, then finally as advance Plan payments, but the term of the Plan will not be reduced to less than 36 months unless all claims are paid in full.

9. Debtor has a domestic support obligation. Pursuant to 11 U.S.C. § 1325(a)(8), the order confirming plan must state: "The debtor has paid all amounts that are required to be paid under a domestic support obligation and that first became payable after the date of the filing of the petition." Moreover, with the proposed order confirming plan, the Trustee requires that the Debtor give the Trustee verification of being current in post-petition DSO payments.

10 Other requirements:

(a) Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

(b) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(c) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(d) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

(e) To expedite the order review process, counsel must use the recommended form for the order confirming plan found at http://www.maney13trustee.com/mcforms2.htm. The order confirming plan must be accompanied by a cover letter that goes over the Trustee's Recommendation items by each paragraph. **If counsel fails to use the order form and provide such letter, the Trustee will reject the proposed order outright and the time to comply with the Recommendation is not extended.**

**Plan payment status:** The Second Amended Plan provides for a payment moratorium for February through September 2009, then payments are to commence at $234.00 starting October 2009. The debtor has remitted no post-moratorium payments.. Payments of $234.00 are now past due for due dates October, November and December 10, 2009 and January and February 10, 2010, with an additional payment coming due March 10, 2010. Debtor's remittance in the total amount of $1,404.00 must be received in the Trustee's office not later than March 29, 2010.

Subsequent payments will be due on or before the 10th day of the month, starting April 2010.

SUMMARY

**Pursuant to Local Rule 2084-10, the Debtor must provide the following by March 29, 2010 or the Trustee will lodge an order dismissing the case:**

(a) All information and documents as requested in Items #1, #2, #3, #4, #5, #6, #7 and #9 above; and

(b) Pay to the Trustee the sum of $1,404.00.

**The Court may dismiss the case without further notice for the Debtor's failure to timely comply with the Trustee's Recommendation.** If the Debtor meets all requirements of the Recommendation and this case remains active, Debtor's counsel must submit to the Trustee for

- 3 -

review and signature, a proposed stipulated Order Confirming the Second Amended Plan, signed by all objecting parties, which incorporates the requirements of this Recommendation, no later than March 29, 2010. The Trustee considers the time for reviewing a proposed Order pursuant to Rule 2084-13(c), L.R.B.P., to begin running when all Recommendation conditions are met.

_____
Russell Brown
Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:

Jorge Alberto Laura
3402 W. Beverly Lane
Phoenix, AZ 85053
Debtor(s)

David Allegrucci Esq.
307 N. Miller Road
Buckeye, AZ 85326
Attorney for Debtor(s)

_____
*cherylturner@ch13bk.com*